1
2
3              UNITED STATES DISTRICT COURT
4              NORTHERN DISTRICT OF CALIFORNIA
5                      OAKLAND DIVISION
6
7   BRADLEY W. SNYDER,
                   Petitioner,              No. C 12-5716 PJH (PR)
8
       vs.                                  **ORDER OF DISMISSAL AND**
9                                           **DENYING CERTIFICATE OF**
    C.K. PLILER, Warden,                    **APPEALABILITY**
10
                   Respondent.
11  _____/

12        This habeas case was opened when petitioner filed a "'Motion for Relief from Illegal

13  Judgment under Federal Rule of Civil Procedure 60(b)(4) and (6)".  Petitioner seeks relief

14  regarding a closed habeas case, *Snyder v. Martel*, C 00-20620 RMW (PR), that was denied

15  in 2003.  This court denied a certificate of appealability, as did the Ninth Circuit.  Thus, this

16  is a second or successive petition.  Petitioner cannot file a second or successive petition

17  until he obtains an order authorizing the filing from the Ninth Circuit.  *See* 28 U.S.C. §

18  2244(b)(3)(A).  He has not done so.  The court notes that petitioner filed another case

19  attacking this same conviction that was also denied as successive, No. C 10-2542 PJH.

20  Petitioner recently filed this same motion for reconsideration in that case that was also

21  denied.

22        The motion for leave to proceed IFP (docket # 5) is **GRANTED**.  The petition is

23  **DISMISSED** without prejudice to filing a new petition if petitioner obtains the necessary

24  order.  Petitioner's motions (dockets #1 & 2) are also denied.The clerk shall close the file.

25        **IT IS SO ORDERED.**

26  Dated:  November 29, 2012.        _____
                                        PHYLLIS J. HAMILTON
27                                      United States District Judge

28  G:\PRO-SE\PJH\HC.12\Snyder5716.dsm.wpd

**United States District Court**
For the Northern District of California